IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL J. COLEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV97 |
| | ) | |
| v. | ) | |
| | ) | |
| MARK STOKEY, BRYAN EDINS, | ) | MEMORANDUM AND ORDER |
| JAMES CARMAN, THOMAS NESBIT, | ) | |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court sua sponte. On November 1, 2004, the court informed the parties by letter and order of their obligation to meet and confer pursuant to Fed. R. Civ. P. 26(f) and to file a written report of their meeting. Filings 8 and 9. The case was stayed on November 30, 2004 for a period of thirty days following the court's ruling on dispositive motions. Filing 18. Dispositive motions were ruled on March 21, 2005. Filing 35. No Rule 26 report has been filed.

IT THEREFORE HEREBY IS ORDERED,

The parties shall report to the court in accordance with Fed. R. Civ. P. 26(f) on or before July 28, 2005, or show cause why sanctions should not be imposed upon them in accordance with Fed. R. Civ. P. 16(f) and 37(g).

DATED this 14th day of July, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge