```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA
```

MICHAEL J. COLEMAN,               )
                                  )
              Plaintiff,          )          8:04CV97
                                  )
     v.                           )
                                  )
MARK STOKEY, BRYAN EDINS,         )          ORDER
JAMES CARMAN, THOMAS NESBIT,      )
and JOHN DOES 1-10,               )
                                  )
              Defendants.         )
                                  )

     This matter is before the court on its own motion. Pursuant to NECivR 5.1(b), all documents submitted for filing in civil cases in this district, no matter when a case was originally filed, shall be filed electronically using the court's CM/ECF System. The only exceptions to this requirement are:

    (1)  Parties proceeding pro se;

    (2)  Cases filed under seal;

    (3)  Documents excepted from electronic filing requirements by the provisions of the Administrative Procedures

    (4)  Cases in which counsel applies for and receives permission from the assigned judge to file documents in paper format.

NECivR 5.1(c). It has come to the court's attention that attorney Timothy Ashford persists in filing documents in paper format without receiving permission to do so.

     IT IS ORDERED that on or before the close of business (4:45 p.m.) on October 11, 2005, Attorney Timothy Ashford shall show cause by written affidavit why he cannot comply with NECivR 5.1.

     DATED this 26th day of September, 2005.

---

[1] The Civil Administrative Procedures are posted at http://www.ned.uscourts.gov/localrules/index.html.

BY THE COURT:

s/ David L. Piester
David L. Piester
United States Magistrate Judge