```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA
```

MICHAEL J. COLEMAN,           )
                              )
            Plaintiff,        )           8:04CV97
                              )
      v.                      )
                              )
MARK STOKEY, BRYAN EDINS,     )        MEMORANDUM AND ORDER
JAMES CARMAN, THOMAS NESBITT, )
and JOHN DOES 1-10,           )
                              )
            Defendants.       )
                              )

Upon consideration of pending matters:

IT IS ORDERED:

1. Counsel's motion to withdraw, filing 50, is granted, effective upon the filing of a certificate of service or affidavit indicating that the plaintiff has been served with a copy of this order.

2. Plaintiff is given 20 days from the date of this order in which to either: (1) obtain the services of substitute counsel and have that attorney file an appearance in his behalf; (2) file a motion in this court for the appointment of counsel, setting forth his present financial status, and the reasons he believes counsel should be appointed; or (3) indicate, by pleading, that he will proceed in this case without counsel.  If none of these actions is taken within the next twenty days, this case will be subject to dismissal.

3. Defendants' motion to alter progression dates, filing 51, is granted and the planning conference scheduled for October 31, 2005 is cancelled.  A new schedule of progression will be adopted once the plaintiff has obtained new counsel and that attorney has filed an appearance in the case.

DATED this 27th day of October, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge