IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL J. COLEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV97 |
| | ) | |
| v. | ) | |
| | ) | |
| MARK STOKEY, in his official capacity only; BRYAN EDINS, in his official capacity only; JAMES CARMAN, in his individual and official capacities; THOMAS NESBIT, in his official capacity only; and JOHN DOES 1-10, | ) ) ) ) ) ) ) ) | REPORT AND RECOMMENDATION |
| | ) | |
| Defendants. | ) | |

There has been no response to the court's order of November 28, 2005, filing 55. A copy of the order was mailed by the clerk to the plaintiff, but the mail was returned as undeliverable on December 5, 2005. Filing 56.

IT THEREFORE HEREBY IS RECOMMENDED to the Honorable Richard G. Kopf, United States District Judge, that this matter be dismissed.

DATED this 11th day of January, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge