IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL J. COLEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV97 |
| | ) | |
| v. | ) | |
| | ) | |
| MARK STOKEY, BRYAN EDINS, | ) | MEMORANDUM AND ORDER |
| JAMES CARMAN, THOMAS NESBIT, | ) | |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The plaintiff has moved for leave to proceed in forma pauperis. Filing 60. A judgment of dismissal without prejudice was entered in this case on February 3, 2006. Since this case is no longer pending, there is no basis for granting the plaintiff's request to proceed in forma pauperis.

IT THEREFORE IS ORDERED: The plaintiff's motion for leave to proceed in forma pauperis, filing 60, is denied as moot.

DATED this 4th day of May, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge